UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
THE TRAVELERS INDEMNITY COMPANY OF :
AMERICA, :
:
                       Plaintiff, :         25-CV-6517 (JMF)
:
        -v- :             ORDER
:
WESTCHESTER SURPLUS LINES INSURANCE :
COMPANY, :
:
                    Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On August 18, 2025, Defendant was served with the Complaint, and proof of service was filed with the Court.  *See* ECF No. 9.  To date, Defendant has failed to appear in this action.  No later than **September 16, 2025**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if it has any other reason to believe that Defendant has actual notice of this lawsuit.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: September 9, 2025
       New York, New York                            JESSE M. FURMAN
                                                    United States District Judge